**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK MARVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-1235 |
| ) | Judge Nora Barry Fischer |
| PNC FINANCIAL SERVICES GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

AND NOW, this 29th day of August, 2024, the Court having been assigned the above-captioned matter which consists of a 1-page letter dated August 23, 2024 from Mark Marvin to PNC Financial Services Group, Inc., requesting that an account in the name of Lucy Pizzaro be closed and funds returned to him as power of attorney, and includes the Clerk of Court for the U.S. District Court as a "Copy to:" addressee at the end of the letter, (Docket No. [1]), but does not appear to be setting forth any claims for relief which would be cognizable in this Court and it otherwise appearing that Mr. Marvin has neither paid the required fee of $405.00, (i.e., $350.00 statutory filing fee, *see* 28 U.S.C. § 1914 and administrative fee of $55.00), nor filed a Motion to Proceed In Forma Pauperis/Application to Proceed in District Court Without Prepaying Fees or Costs, *see* 28 U.S.C. § 1915,

IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Mark Marvin
　　　　135 Mills Road
　　　　Walden, NY 12586 (via first class mail).

1